IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:25-cr-25 |
| | ) |
| ARTHUR JULIUS CHERRY, | ) |
| Defendant. | ) |

**PETITION AND ORDER FOR WRIT OF**
**HABEAS CORPUS AD TESTIFICANDUM**

It appearing to the Court that the inmate, **Damian Demitrius Williams**, is currently in state custody on criminal charges and is requested to appear in Norfolk, Virginia, in the above-captioned matter on **May 12, 2025, at 10:00 a.m.** to testify as a witness in a trial. It is hereby ORDERED that a writ of habeas corpus *ad testificandum* be issued forthwith and be directed to the Sheriff for the **Norfolk City Jail, 811 E. City Hall Avenue, Street, Norfolk, VA 23510, (757) 664-4700**, and to surrender the body of the above-named defendant into the custody of agents for the Bureau of Alcohol, Tobacco, Firearms and Explosives, on the morning of **May 12, 2025,** and at such other dates as this Court may direct, and to be thereafter forthwith returned by the agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives to the above-referenced institution and custody.

/s/
Douglas E. Miller
United States Magistrate Judge

_____
UNITED STATES MAGISTRATE JUDGE

April 14, 2025
Norfolk, Virginia

WE ASK FOR THIS:
Erik S. Sieber
United States Attorney

By: _____
Graham Stolle
Special Assistant United States Attorney
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
(757) 441-6331